IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES I TRUST, <br><br>　　Plaintiff, <br><br>v. <br><br>FREDNA O. HAMILTON <br><br>　　Defendant. | § § § § § § § § § § § § § § | Civil Action No. 7:20-cv-00161-O-BP |

## ORDER

The United States Magistrate Judge made two Findings, Conclusions, and Recommendations in this case (ECF Nos. 13 & 20), issued on November 15, 2021 and January 10, 2022. No objections were filed, and the Magistrate Judge's Recommendations are ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendations for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **DENIES** the motions for default judgment (ECF Nos. 8 & 17).

**SO ORDERED** on this **2nd day** of **February, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE