IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES I TRUST, | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:20-cv-00161-O-BP |
| FREDNA O. HAMILTON, | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion for Final Summary Judgment (ECF No. 24) is **GRANTED**, except as it relates to the applicable post-judgment interest rate.

**SO ORDERED** on this **27th day of October, 2022.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE